# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**WINDELL R. KING, SR.**

    Plaintiff(s)

vs.

                                  **CASE NUMBER: 8:11-cv-0281**

**UNITED STATES DRUG ENFORCEMENT AGENCY and UNITED STATES POSTAL INSPECTION SERVICE**

    Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED.

All of the above pursuant to the oral order of the Honorable Judge David N. Hurd, dated the 29th day of November, 2011.

DATED: November 29, 2011

                                                         *[signature]*
                                                         Clerk of Court

                                                         s/

                                                         Christine Mergenthaler
                                                         Deputy Clerk